IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TERRELL TOLBERT,       *

    Plaintiff,     *

v.           Case No.  5:26-cv-00072-MTT-AGH

             *

GEORGIA DEPARTMENT OF CORRECTIONS
et al.,          *

    Defendants.    *

_____

## J U D G M E N T

 Pursuant to this Court's Order dated 6/12/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

 This 12th day of June, 2026.

        David W. Bunt, Clerk


        s/ Erin Pettigrew, Deputy Clerk